UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| OMEGA DEMOLITION CORP., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:15-CV-00183-JAR |
| TECHNOLOGY INSURANCE COMPANY, INC., et al., | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Parties' Joint Motion for Stay of Proceedings (Doc. 25). The Parties indicate that they have conferred and agree that there is a reasonable possibility that, within the next two months, events may occur in the underlying lawsuit which may lead to a resolution of this litigation. Having considered the motion and being duly advised,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion for Stay of Proceedings (Doc. 25) is **GRANTED.** The above-captioned action is **STAYED** pending the potential resolution of the underlying action.

**IT IS FURTHER ORDERED** that any party may move to lift the stay at any time by filing a motion.

**IT IS FURTHER ORDERED** that the Parties must provide a joint status report on or before **May 1, 2015,** every sixty (60) days thereafter, and upon the resolution of the underlying lawsuit.

Dated this 2nd day of March, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE