UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OMEGA DEMOLITION CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:15-cv-00183-JAR |
| | ) |
| TECHNOLOGY INSURANCE | ) |
| COMPANY, INC, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

In light of the Court's Order dismissing Defendant Tristar Risk Management, Inc. (Doc. 32),

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. 24) is **DENIED as moot.**

Dated this 24th day of April, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE